**Citizens Bank**

833 Broadway
Albany, NY 12207

APRIL 11, 2011

TO WHOM IT MAY CONERN,

ON DECEMBER 23, 2009 CHECK # 1055 IN THE AMOUNT OF $5500.00 WAS
CASHED OUT OF JOHN J NOWAK CHECKING ACCOUNT NUMBER 7260200038.
IN THE FOR LINE ON THE CHECK LOAN WAS WRITTEN IN BY JOHN J.
NOWAK BEFORE THE CHECK WAS CASHED.

THANK YOU,

*Ruth S. Flury*

RUTH FLURY- CITIZENS BANK
101 SLADE AVE.
WEST SENECA N.Y. 14224

RBS CITIZENS, N.A.

APR 1 1 2011

880
149-08

EXHIBIT
" A "

PENGAD 800-631-6989

米RBS





Posting Date        2009 Dec 23

Posting Seq No      90707636

Account Number      7260200038

Check Number        1055

Amount              $5,500.00

