IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| BETTY PELC, a Florida Resident, ROBERT PELC, a Florida Resident, and ADVANTAGE TRIM & LUMBER OF FLORIDA, INC., a Florida Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN JEROME NOWAK, a New York Resident, *et al.*,<br><br>Defendants. | CASE NO.: 11-cv-00079-EAK-TGW<br><br>JUDGMENT FOR DAMAGES |

FINAL

## JUDGMENT FOR DAMAGES

On July 2, 2012, this Court granted summary judgment in favor of Plaintiffs as to the Amended Complaint. Doc. 91. This action came before the Court on July 16, 2012 on the issue of damages. The Court, having considered all of the materials filed, the evidence at trial, and the parties' arguments, hereby:

**ORDERS and ADJUDGES**

that Plaintiffs be awarded $10,000.00 in compensatory damages for injury to reputation and $50,000.00 in exemplary and punitive damages, making a total of $60,000.00 that shall bear interest at the rate of 0.18% per annum, for which let execution issue.

Dated: October 3 2012

Honorable Elizabeth A. Kovachevich
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

1