IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

BETTY PELC, a Florida Resident, ROBERT PELC, a Florida Resident, and ADVANTAGE TRIM & LUMBER OF FLORIDA, INC., a Florida Corporation,

    Plaintiffs,

vs.

JOHN JEROME NOWAK, a New York Resident, *et al.*,

    Defendants.

CASE NO.: 11-cv-00079-EAK-TGW

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

## AFFIDAVIT AS TO ATTORNEYS' FEES

COMMONWEALTH OF VIRGINIA

CITY OF RICHMOND

**BEFORE ME**, the undersigned authority, personally appeared Domingo J. Rivera, who, after being first duly sworn, deposes and says:

1. I am an attorney in the law firm Rivera Law Group ("Rivera Law") and the attorney who has had primary responsibility for representing the Plaintiffs in this action.

2. This Affidavit is made for the purpose of establishing the amount of attorneys' fees to which Plaintiffs are entitled in this action.

3. This Affidavit is based upon my personal knowledge of the facts stated in this Affidavit or those facts as they appear in the business records of Rivera Law. These records were kept in the ordinary course of business at Rivera Law, and it was and is the regular practice of

SLK_TAM: #760922v1



EXHIBIT 1

this firm to keep such records, specifically including time records kept by attorneys with the firm.

4. Since December 14, 2010, Rivera Law has billed Plaintiffs $63,396.45 for their attorneys' services and expenses in connection with the trademark and unfair competition claims of the action. This amount reflects 237.4 hours of attorneys' time. This total sum is fair and reasonable and accurately reflects the attorneys' fees incurred by Plaintiffs in this action.

5. Our work in this case focused primarily on the defamation, tortious interference, invasion of privacy, trademark infringement, and unfair competition claims, although in our summary judgment motion, we only focused on defamation, invasion of privacy, trademark infringement, and unfair competition. We did not focus on the causes of action pertaining to other defendants who were later voluntarily dismissed from the case (e.g., Counts VIII through XI and XIII).

6. So that the Court may consider the relevant guidelines for an award of attorneys' fees as set forth in Florida Patient's Compensation Fund v. Rowe, 472 So. 2d 1145 (Fla. 1985), the following information is submitted:

(a) _The time and labor required_. The hours spent on this matter by Rivera Law are set forth in the redacted version of Rivera Law's billing records, which has been attached hereto as Exhibit "A." The invoice provides the date the services were rendered, a description of the nature of the services rendered, and the amount of attorney time devoted to said services. The two attorneys from Rivera Law were myself and associate attorney Jacqueline Chiang.

(b) _Novelty or difficulty of the questions_. This case involved allegations of federal trademark infringement and unfair competition, common law trademark infringement and unfair competition, and other claims.

(c) <u>The skill requisite to perform the legal services properly</u>. The pleadings speak for themselves and should be considered by the Court in connection with this consideration.

(d) <u>Preclusion of other employment by the attorney due to the acceptance of this case</u>. No extraordinary consideration need be given this factor.

(e) <u>The customary fee</u>. The hourly fees charged in this case are regularly charged by the firm to its clients for similar services.

(f) <u>The amount involved and the results obtained</u>. No extraordinary consideration need be given this matter.

(g) <u>Time limitations by the client or circumstances</u>. No extraordinary consideration need be given this factor.

(h) <u>The nature and length of the professional relationship with the client</u>. No extraordinary consideration need be given this factor.

(i) <u>The experience, reputation and ability of attorneys</u>. I have been active in the practice of law since 2005 and I am presently licensed to practice law in the Commonwealth of Virginia. Associate attorney Jacqueline Chiang has been active in the practice of law since 2006 and is licensed to practice law in the Commonwealth of Virginia. These factors are reflected in the rates charged by Rivera Law in this matter.

(j) <u>Whether the fees is fixed or contingent</u>. The fee is fixed. There appears nothing in this action which would require extraordinary consideration of this factor by this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DOMINGO J. RIVERA

The foregoing instrument was sworn to a subscribed before me this 15th day of October 2012 by Domingo J. Rivera, who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC



Commonwealth of Virginia
Courtney Woodburn - Notary Public
Commission ID: 7111518
My Commission Expires 05/31/15

# EXHIBIT A

# SUMMARY OF ATTORNEYS' FEES AND COSTS

| Date | Description | Atty | Hourly Rate | Time | Entry Total |
|---|---|---|---|---|---|
| Dec 14, 2010 | Drafting Complaint. | DJR | $285.00 | 2.2 | $627.00 |
| Dec 29, 2010 | Legal research re: trademark counts for complaint. | DJR | $285.00 | 1.7 | $484.50 |
| Dec 29, 2010 | Drafting complaint. | DJR | $285.00 | 2.1 | $598.50 |
| Jan 4, 2011 | Drafting complaint. | DJR | $285.00 | 4.5 | $1,282.50 |
| Feb 9, 2011 | Telephone conference with opposing counsel. | DJR | $285.00 | 0.4 | $114.00 |
| Feb 15, 2011 | Researching issues of FL cases on cyberstalking and motion to dismiss trademark claims. | DJR | $285.00 | 1.5 | $427.50 |
| Feb 17, 2011 | Finalize research re: issue of cyberstalking; Correspondence to client. | DJR | $285.00 | 1.2 | $342.00 |
| Mar 4, 2011 | Legal research re: case law for opposition to Motion to Dismiss. | DJR | $285.00 | 2.6 | $741.00 |
| Mar 7, 2011 | Drafting opposition to Motion to Dismiss. | DJR | $285.00 | 3.1 | $883.50 |
| Mar 9, 2011 | Drafting response to motion. | DJR | $285.00 | 1.1 | $313.50 |
| Mar 10, 2011 | Drafting Opposition to Motion to Dismiss and related affidavits. | DJR | $285.00 | 2.8 | $798.00 |
| Apr 14, 2011 | Review correspondence from Court re: scheduling order and discovery orders entered. | DJR | $285.00 | 0.4 | $114.00 |
| Apr 15, 2011 | Prepare and research upcoming court dates/ deadlines | JC | $250.00 | 0.75 | $187.50 |
| May 9, 2011 | Begin preparing discovery requests | JC | $250.00 | 4.59 | $1,147.50 |
| May 10, 2011 | Document and review new defamation on Nowak's website | JC | $250.00 | 1.34 | $335.00 |
| May 10, 2011 | Continue preparing discovery requests | JC | $250.00 | 2.25 | $562.50 |
| May 11, 2011 | Finish preparing discovery requests | JC | $250.00 | 5.09 | $1,272.50 |
| May 17, 2011 | Review pleading filed by opposing counsel re: Motion for Leave; Correspondence to local counsel. | DJR | $285.00 | 0.3 | $85.50 |
| May 17, 2011 | Modify discovery requests; Correspondence to client. | DJR | $285.00 | 0.5 | $142.50 |
| May 20, 2011 | Finalize discovery requests; Send discovery to opposing counsel. | DJR | $285.00 | 0.9 | $256.50 |
| May 24, 2011 | Review supplemental response filed by opposing party; Correspondence to client. | DJR | $285.00 | 0.3 | $85.50 |
| May 25, 2011 | Correspondence from opposing counsel; Correspondence to client re: initial disclosures. | DJR | $285.00 | 0.2 | $57.00 |
| May 25, 2011 | Prepare draft of Initial Disclosures | JC | $250.00 | 0.75 | $187.50 |
| May 27, 2011 | Revise Initial Disclosures | JC | $250.00 | 0.47 | $117.50 |
| Jun 2, 2011 | Review new posts; Telephone conference with client; Correspondence from/to Timmerman. | DJR | $285.00 | 0.4 | $114.00 |
| Jun 7, 2011 | Amend Complaint to include new and revised facts | JC | $250.00 | 3.19 | $797.50 |
| Jun 8, 2011 | Finish amending Complaint and preparing new exhibits | JC | $250.00 | 1.59 | $397.50 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jun 13, 2011 | Correspondence from opposing counsel re: discovery; Correspondence to opposing counsel re: same and issue of amended complaint. | DJR | $285.00 | 0.3 | $85.50 |
| Jun 13, 2011 | Research case law for motion to amend and prepare motion to amend | JC | $250.00 | 3.56 | $890.00 |
| Jun 14, 2011 | Various correspondence to/from local counsel and opposing counsel re: Amended complaint. | DJR | $285.00 | 0.2 | $57.00 |
| Jun 14, 2011 | Revise Amended Complaint | JC | $250.00 | 0.35 | $87.50 |
| Jun 21, 2011 | Final revisions to amended complaint; Correspondence to local counsel. | DJR | $285.00 | 0.5 | $142.50 |
| Jun 21, 2011 | Revise motion for leave to amend Complaint | JC | $250.00 | 0.25 | $62.50 |
| Jul 6, 2011 | Finalize motion for leave to amend complaint and amended complaint; ECF Filing. | DJR | $285.00 | 0.5 | $142.50 |
| Jul 20, 2011 | Review Nowak's response to motion to amend complaint and review local rules re: reply | JC | $250.00 | 0.59 | $147.50 |
| Jul 27, 2011 | Research case law for reply; prepare motion for leave to file a reply and the reply | JC | $250.00 | 3.58 | $895.00 |
| Jul 28, 2011 | Correspondence from/to local counsel re: extension for discovery; Telephone conference with client re: status. | DJR | $285.00 | 0.3 | $85.50 |
| Aug 2, 2011 | Correspondence from opposing counsel re: discovery responses; Issue of withdrawal from case; Initial review of discovery responses. | DJR | $285.00 | 0.5 | $142.50 |
| Aug 9, 2011 | Telephone conference with client. | DJR | $285.00 | 0.2 | $57.00 |
| Aug 17, 2011 | Correspondence to opposing counsel re: position on Motion for Leave to Reply. | DJR | $285.00 | 0.2 | $57.00 |
| Aug 18, 2011 | Organize objections to discovery responses received; Correspondence to opposing counsel re: discovery issues and depositions. | DJR | $285.00 | 0.3 | $85.50 |
| Aug 18, 2011 | Review Nowak's discovery responses; research discovery issues | JC | $250.00 | 1.59 | $397.50 |
| Aug 18, 2011 | Research motion to compel; begin preparing motion to compel | JC | $250.00 | 4.19 | $1,047.50 |
| Aug 19, 2011 | Various correspondence to/from opposing counsel; Finalize Motion for Leave to File Reply; ECF filing. | DJR | $285.00 | 1.1 | $313.50 |
| Aug 19, 2011 | Continue preparing motion to compel discovery | JC | $250.00 | 2.75 | $687.50 |
| Aug 22, 2011 | Finish preparing motion to compel discovery | JC | $250.00 | 2.57 | $642.50 |
| Sep 21, 2011 | Begin revising Amended Complaint | JC | $250.00 | 0.59 | $147.50 |
| Sep 22, 2011 | Finalize and file Supplemental Complaint per the instructions in Court's Order; Correspondence to Nowak re: Supplemental Complaint. | DJR | $285.00 | 1.1 | $313.50 |
| Oct 4, 2011 | Telephone conference with client. | DJR | $285.00 | 0.2 | $57.00 |
| Oct 5, 2011 | Research Nowak's new ISPs and revise Complaint | JC | $250.00 | 2.59 | $647.50 |
| Oct 12, 2011 | Additional modifications to Amended Complaint and refiling. | DJR | $285.00 | 0.5 | $142.50 |
| Oct 31, 2011 | Research screenshots for meta tags | JC | $250.00 | 0.2 | $50.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Nov 3, 2011 | Research on ARIN, website hosting, and contributory trademark infringement | JC | $250.00 | 2.41 | $602.50 |
| Nov 7, 2011 | Revise motion to compel | JC | $250.00 | 1.14 | $285.00 |
| Nov 11, 2011 | Finalize and file Motion to Compel Discovery. | DJR | $285.00 | 0.6 | $171.00 |
| Nov 18, 2011 | Revise Motion to Compel discovery | JC | $250.00 | 3.14 | $785.00 |
| Dec 9, 2011 | Correspondence to Softlayer re: copyright, trademark infringement, and litigation issues. | DJR | $285.00 | 0.4 | $114.00 |
| Dec 9, 2011 | Begin researching motion for default | JC | $250.00 | 2.15 | $537.50 |
| Dec 12, 2011 | Prepare motion for default; continue researching motion for default judgement; begin preparing motion for default judgment | JC | $250.00 | 5.26 | $1,315.00 |
| Dec 13, 2011 | Finish preparing Motion for Default Judgment | JC | $250.00 | 3.14 | $785.00 |
| Dec 14, 2011 | Revise Motion for Default Judgment | JC | $250.00 | 0.33 | $82.50 |
| Dec 16, 2011 | Finalize and file Motion for Default. | DJR | $285.00 | 0.5 | $142.50 |
| Dec 21, 2011 | Revise Motion for Default Judgment | JC | $250.00 | 0.2 | $50.00 |
| Dec 22, 2011 | Correspondence from Clerk of Court re: default. | DJR | $285.00 | 0.2 | $57.00 |
| Dec 22, 2011 | Finalize and file Motion for Default Judgment; Correspondence to client. | DJR | $285.00 | 0.6 | $171.00 |
| Jan 12, 2012 | Revise and File new Motion to Compel. | DJR | $285.00 | 0.5 | $142.50 |
| Jan 13, 2012 | Research case law for opposition to Nowak's Motion to Set Aside Entry of Default | JC | $250.00 | 2.09 | $522.50 |
| Jan 16, 2012 | Continue researching case law for opposition to Nowak's Motion to Set Aside Entry of Default | JC | $250.00 | 2.4 | $600.00 |
| Jan 17, 2012 | Begin preparing opposition to Nowak's Motion to Set Aside Entry of Default | JC | $250.00 | 1.1 | $275.00 |
| Jan 18, 2012 | Continue preparing opposition to Nowak's Motion to Set Aside Entry of Default | JC | $250.00 | 3.1 | $775.00 |
| Jan 19, 2012 | Prepare Motion to Strike | JC | $250.00 | 2.1 | $525.00 |
| Jan 20, 2012 | Finalize and File Motion to Strike and opposition to Motion to reverse Default. | DJR | $285.00 | 0.8 | $228.00 |
| Jan 29, 2012 | Initial review of Nowak's filing to determine deadline to respond | JC | $250.00 | 0.62 | $155.00 |
| Feb 6, 2012 | Draft letter to Nowak re: mediation and depositions. | DJR | $285.00 | 0.3 | $85.50 |
| Feb 6, 2012 | Review Nowak's Answer and Counterclaim | JC | $250.00 | 1.08 | $270.00 |
| Feb 7, 2012 | Review court order re: discovery; Review status of website; Correspondence to client. | DJR | $285.00 | 0.2 | $57.00 |
| Feb 7, 2012 | Begin researching and preparing Motion to Dismiss | JC | $250.00 | 4.25 | $1,062.50 |
| Feb 8, 2012 | Finish preparing Motion to Dismiss | JC | $250.00 | 5.1 | $1,275.00 |
| Feb 13, 2012 | Finalize and file Motion to Strike/Dismiss. | DJR | $285.00 | 1.3 | $370.50 |
| Feb 15, 2012 | Begin preparing Motion to Compel Mediation and Motion to Order Deposition | JC | $250.00 | 2.15 | $537.50 |
| Feb 16, 2012 | Finish preparing Motion to Compel Deposition and Motion to Order Mediation | JC | $250.00 | 1.29 | $322.50 |
| Feb 17, 2012 | Finalize and file Motion to Compel Depositions. | DJR | $285.00 | 0.7 | $199.50 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Feb 21, 2012 | Revise Motion to Order Mediation to be a Motion for Extension of Time for Mediation | JC | $250.00 | 1.1 | $275.00 |
| Feb 22, 2012 | Finalize and file Mediation motion. | DJR | $285.00 | 0.7 | $199.50 |
| Feb 23, 2012 | Prepare Motion for Sanctions against Nowak | JC | $250.00 | 4.2 | $1,050.00 |
| Feb 24, 2012 | Finalize and file Motion for Sanctions. | DJR | $285.00 | 0.8 | $228.00 |
| Feb 27, 2012 | Review court order re: Motion to Compel Deposition. | DJR | $285.00 | 0.2 | $57.00 |
| Mar 16, 2012 | Begin reviewing Nowak's discovery responses and preparing motion for summary judgment | JC | $250.00 | 1.5 | $375.00 |
| Mar 19, 2012 | Continue researching and preparing Motion for Summary Judgment; begin reviewing Nowak's discovery responses | JC | $250.00 | 4.53 | $1,132.50 |
| Mar 20, 2012 | Continue preparing Motion for Summary Judgment | JC | $250.00 | 4.08 | $1,020.00 |
| Mar 21, 2012 | Finish drafts of Motion for Summary Judgment and Motion for Leave | JC | $250.00 | 4.78 | $1,195.00 |
| Mar 22, 2012 | Draft and file motion regarding previously filed motion for sanctions. | DJR | $285.00 | 0.3 | $85.50 |
| Mar 22, 2012 | Revise Motion for Summary Judgment | JC | $250.00 | 1.05 | $262.50 |
| Mar 23, 2012 | Finalize and file 2 motions for summary judgment. | DJR | $285.00 | 4.2 | $1,197.00 |
| Mar 26, 2012 | Prepare Motion to Withdraw Motion for Leave to File Motion in Excess of 25 Pages | JC | $250.00 | 0.3 | $75.00 |
| Mar 29, 2012 | Prepare Notice of Voluntary Dismissal of Defendants Fella and SoftLayer | JC | $250.00 | 1.1 | $275.00 |
| Mar 30, 2012 | Correspondence from client; Review status of site and Google results; Correspondence to client. | DJR | $285.00 | 0.3 | $85.50 |
| Apr 12, 2012 | Review Nowak's Motion for Leave | JC | $250.00 | 0.3 | $75.00 |
| Apr 17, 2012 | Research and prepare opposition to motion for leave | JC | $250.00 | 4.1 | $1,025.00 |
| May 11, 2012 | Begin researching and reviewing rules for Pretrial Statement | JC | $250.00 | 2.13 | $532.50 |
| May 14, 2012 | Review discovery documents from Nowak and Plaintiffs' documentation; begin working on Pretrial Statement | JC | $250.00 | 3.2 | $800.00 |
| May 16, 2012 | Continue preparing Pretrial Statement | JC | $250.00 | 3.05 | $762.50 |
| May 16, 2012 | E-mail from Nowak re: motion for continuance | JC | $250.00 | 0.2 | $50.00 |
| May 17, 2012 | Begin researching model instructions and cases for jury instructions | JC | $250.00 | 1.15 | $287.50 |
| May 17, 2012 | Revise motion to continue pretrial conference | JC | $250.00 | 0.2 | $50.00 |
| May 18, 2012 | Continue researching cases and model instructions for jury instructions | JC | $250.00 | 2.88 | $720.00 |
| May 18, 2012 | Revise motion to continue pretrial conference | JC | $250.00 | 0.2 | $50.00 |
| May 21, 2012 | E-mail to Nowak re: Pretrial Statement | JC | $250.00 | 0.5 | $125.00 |
| May 21, 2012 | Continue preparing jury instructions | JC | $250.00 | 3.5 | $875.00 |
| May 22, 2012 | Continue preparing jury instructions and voir dire | JC | $250.00 | 2.24 | $560.00 |
| May 23, 2012 | Continue preparing jury instructions and voir dire | JC | $250.00 | 2.33 | $582.50 |
| May 24, 2012 | Finish preparing jury instructions and voir dire | JC | $250.00 | 2.5 | $625.00 |
| May 24, 2012 | E-mail from Nowak re: Pretrial Statement and deposition | JC | $250.00 | 0.2 | $50.00 |
| May 25, 2012 | E-mail from Nowak re: Pretrial Statement and deposition | JC | $250.00 | 0.2 | $50.00 |

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jun 1, 2012 | Revise Pretrial Statement | JC | $250.00 | 1.53 | $382.50 |
| Jun 5, 2012 | Correspondence from court re: filing by Nowak; Review filing; Telephone call with client. | DJR | $285.00 | 0.4 | $114.00 |
| Jun 5, 2012 | E-mail to Nowak re: pretrial statement and deposition | JC | $250.00 | 0.2 | $50.00 |
| Jun 5, 2012 | Prepare Notice of Deposition to Nowak | JC | $250.00 | 0.42 | $105.00 |
| Jun 5, 2012 | Begin preparing trial brief | JC | $250.00 | 2.54 | $635.00 |
| Jun 14, 2012 | Correspondence filed by Nowak. | DJR | $285.00 | 0.2 | $57.00 |
| Jun 17, 2012 | E-mail to client re: witnesses and exhibits | JC | $250.00 | 0.2 | $50.00 |
| Jun 18, 2012 | Finalize and file pre-trial brief, jury instructions, voir dire (pre-trial versions). | DJR | $285.00 | 2 | $570.00 |
| Jun 18, 2012 | Revise and finalize voir dire, jury instructions, pretrial statement, verdict form, and trial brief | JC | $250.00 | 1.83 | $457.50 |
| Jun 19, 2012 | Travel time to Florida for pre-trial conference (capped at 2 hours as a courtesy to client). | DJR | $285.00 | 2 | $570.00 |
| Jun 20, 2012 | Prepare for and attend pre-trial hearing. | DJR | $285.00 | 3.1 | $883.50 |
| Jun 20, 2012 | Travel time from Florida re: pre-trial conference (capped at 2 hours as a courtesy to client). | DJR | $285.00 | 2 | $570.00 |
| Jun 29, 2012 | Begin research on trademark damages | JC | $250.00 | 1.05 | $262.50 |
| Jul 2, 2012 | Review Nowak's filing | JC | $250.00 | 0.42 | $105.00 |
| Jul 2, 2012 | Continue researching trademark damages and waiver of damages | JC | $250.00 | 1.5 | $375.00 |
| Jul 2, 2012 | E-mail from local counsel re: Nowak filing | JC | $250.00 | 0.2 | $50.00 |
| Jul 6, 2012 | Research injunctive relief requirements and options | JC | $250.00 | 1.53 | $382.50 |
| Jul 9, 2012 | Prepare notice and motion to withdraw damages | JC | $250.00 | 1.15 | $287.50 |
| Jul 9, 2012 | Review exhibits for trial | JC | $250.00 | 0.6 | $150.00 |
| Jul 11, 2012 | Finalize and file notice regarding damages. | DJR | $285.00 | 0.5 | $142.50 |
| Jul 13, 2012 | Prepare exhibits, exhibit list, and witness list for trial | JC | $250.00 | 2.53 | $632.50 |
| Jul 14, 2012 | Finalize preparation of documents necessary for trial. | DJR | $285.00 | 1.2 | $342.00 |
| Jul 14, 2012 | Travel time for trial. | DJR | $285.00 | 3 | $855.00 |
| Jul 15, 2012 | Review case documents, prepare for trial. | DJR | $285.00 | 9 | $2,565.00 |
| Jul 16, 2012 | Representation at trial. | DJR | $285.00 | 10 | $2,850.00 |
| Jul 17, 2012 | Travel time for trial. | DJR | $285.00 | 3 | $855.00 |
| Jul 27, 2012 | Prepare response to Court's order and orders for damages and injunctive relief | JC | $250.00 | 2.4 | $600.00 |
| Jul 30, 2012 | Revise order on damages and proposed injunction. | DJR | $285.00 | 0.8 | $228.00 |
| **Total Labor** | | | | 237.4 | **$62,216.50** |

**Expenses**

| Date | Description | Amount | Amount |
|---|---|---|---|
| Jun 13, 2012 | Cost of airline travel to Tampa re: pre-trial conference. | $367.18 | $367.18 |
| Jun 20, 2012 | Hotel cost for pre-trial hearing. | $167.10 | $167.10 |
| Jun 22, 2012 | Rental car cost. | $29.84 | $29.84 |
| Jul 11, 2012 | Ticket to Florida for trial. | $370.59 | $370.59 |
| Jul 15, 2012 | One night hotel in Tampa | $122.08 | $122.08 |
| Jul 15, 2012 | Car rental expense | $123.16 | $123.16 |
| Total Expenses | | $1,179.95 | $1,179.95 |

| **Grand Total** | | | **$63,396.45** |