UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BETTY PELC, et al.,

    Plaintiffs,

v.                                         Case No.: 8:11-cv-00079-EAK-TGW

JOHN JEROME NOWAK,

    Defendants.

_____/

## AFFIDAVIT AS TO ATTORNEYS' FEES AND EXPENSES

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

    **BEFORE ME,** the undersigned authority, personally appeared J. Todd Timmerman, who, after being first duly sworn, deposes and says:

    1. I am an attorney in the law firm of Shumaker, Loop & Kendrick, LLP ("SLK") and the attorney at SLK who has had primary responsibility for representing the Plaintiffs in this action.

    2. This Affidavit is made for the purpose of establishing the amount of attorneys' fees and expenses to which Plaintiffs are entitled in this action.

    3. This Affidavit is based upon my personal knowledge of the facts stated in this Affidavit or those facts as they appear in the business records of SLK. These records were kept in the ordinary course of business at SLK, and it was and is the regular practice of this firm to keep such records, specifically including time records kept by attorneys and paralegals with the firm.

1


EXHIBIT 2

4. Since December 14, 2010, SLK has billed Plaintiffs the total sum of $22,250.92 for attorneys' services and expenses in connection with the trademark and unfair competition claims in this action. This amount reflects 64.8 hours of attorneys' and paralegals' time. This total sum is fair and reasonable and accurately reflects the fees incurred by Plaintiffs with SLK in this action.

5. So that the Court may consider the relevant guidelines for an award of attorneys' fees as set forth in <u>Florida Patient's Compensation Fund v. Rowe</u>, 472 So. 2d 1145 (Fla. 1985), the following information is submitted:

(a) <u>The time and labor required</u>. The hours spent on this matter by SLK are set forth in the schedule attached hereto as Exhibit "A". The schedule provides the date the services were rendered, a description of the services rendered, the amount of attorney or paralegal time devoted to the services, the hourly rate of the attorney or paralegal, and the amount billed for the services.

(b) <u>Novelty or difficulty of the questions</u>. This case involved allegations of federal trademark infringement and unfair competition, common law trademark infringement and unfair competition, and other claims.

(c) <u>The skill requisite to perform the legal services properly</u>. The pleadings speak for themselves and should be considered by the Court in connection with this consideration.

(d) <u>Preclusion of other employment by the attorney due to the acceptance of this case</u>. No extraordinary consideration need be given this factor.

(e) <u>The customary fee</u>. The hourly fees charged in this case are regularly charged by the firm to its clients for similar services and do not exceed rates charged for similar work by attorneys in this area.

2

(f) <u>The amount involved and the results obtained</u>. No extraordinary consideration need be given this matter, although Plaintiffs' did prevail on the primary claims in this action on summary judgment and at trial.

(g) <u>Time limitations by the client or circumstances</u>. No extraordinary consideration need be given this factor.

(h) <u>The nature and length of the professional relationship with the client</u>. No extraordinary consideration need be given this factor.

(i) <u>The experience, reputation and ability of attorneys</u>. SLK is a national law firm with offices in Florida, Ohio and North Carolina. I have been active in the practice of law since 1992, and I am presently licensed to practice law in the State of Florida. I am a partner in the firm, Chair of its national Intellectual Property Law Practice Group, and Board Certified by the Florida Bar in the area of intellectual property law. Mindi M. Richter, Jason P. Stearns, and Elena A. Kohn are associates with the firm, and Lori A. Nelson is a paralegal with the firm. These factors are reflected in the rates charged by SLK in this matter.

(j) <u>Whether the fees is fixed or contingent</u>. The fee is fixed. However, there appears nothing in this action which would require extraordinary consideration of this factor by this Court.

(k) <u>Award in similar cases</u>. In cases of a similar nature, the Courts award at a minimum the amounts actually charged by attorneys to their clients.

FURTHER AFFIANT SAYETH NAUGHT.

_____
J. Todd Timmerman

3

The foregoing instrument was sworn to a subscribed before me this 17th day of October, 2012, by J. Todd Timmerman, who is personally known to me and who did take an oath.


NOTARY PUBLIC

HEATHER DECOEUR
Commission # EE 138503
Expires October 17, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

# EXHIBIT "A"

## SUMMARY OF ATTORNEYS' FEES AND COSTS

| DATE | DESCRIPTION OF SERVICES RENDERED | ATTY | HOURS | RATE | AMT |
|---|---|---|---|---|---|
| 01/10/11 | Assist in filing Complaint; obtain filing fee for complaint; prepare Civil Cover Sheet and Summons. | LAN | 1.30 | $215.00 | $279.50 |
| 01/10/11 | Review complaint and gather information for filing. | MMR | .30 | $305.00 | $91.50 |
| 01/11/11 | Continue to assist in filing Complaint; finalize Civil Cover Sheet and Summons; prepare CD of all documents to be filed. | LAN | 2.00 | $215.00 | $430.00 |
| 01/11/11 | Review complaint; attention to filing and service of same. | JTT | 1.00 | $410.00 | $410.00 |
| 01/12/11 | Locate process server in Lackawanna, NY; arrange for service of Summons and Complaint on John J. Nowak. | LAN | 1.00 | $215.00 | $215.00 |
| 01/12/11 | Attention to status of filing and serving complaint; review inquiry from B. Pelc regarding procedure; respond to same. | JTT | .25 | $410.00 | $102.50 |
| 01/13/11 | Review filings; attention to compliance with court's standing order regarding lengthy documents; correspondence to D. Rivera regarding court filings and motion for admission pro hac vice; respond to inquiry from B. Pelc regarding status of service. | JTT | .75 | $410.00 | $307.50 |
| 01/14/11 | Receive and review outgoing communication to opposing counsel from T. Timmerman. | LAN | .20 | $215.00 | $43.00 |
| 01/14/11 | Prepare courtesy copy of Complaint for delivery to Judge Kovachevich. | LAN | .30 | $215.00 | $64.50 |
| 01/18/11 | Telephone conference with process server to check on status of service on J. Nowak. | LAN | .20 | $215.00 | $43.00 |
| 02/01/11 | File Affidavit of Service on Nowak. | LAN | .20 | $215.00 | $43.00 |
| 02/08/11 | Review message from E. Gegan; correspondence to D. Rivera regarding same; telephone conference with B. Pelc regarding same. | JTT | .25 | $410.00 | $102.50 |
| 02/24/11 | Review motion to dismiss; correspondence to D. Rivera regarding same. | JTT | 1.00 | $410.00 | $410.00 |
| 03/01/11 | Conference with D. Rivera regarding pro hac admission to the Middle District of Florida; prepare Motion for Admission Pro Hac Vice for Domingo Rivera; prepare Special Admission – Attorney Certification. | LAN | 1.00 | $215.00 | $215.00 |
| 03/02/11 | Further communications with D. Rivera regarding pro hac admission to the Middle District of Florida; telephone conference with Clerk of Court to confirm filing fees and procedures. | LAN | .40 | $215.00 | $86.00 |
| 03/04/11 | Receive and review Defendant's Motion to Dismiss. | LAN | .20 | $215.00 | $43.00 |
| 03/08/11 | Telephone conference with D. Rivera regarding conversation regarding arrest warrant for John Nowak. | JTT | .50 | $410.00 | $205.00 |

| DATE | DESCRIPTION OF SERVICES RENDERED | ATTY | HOURS | RATE | AMT |
|---|---|---|---|---|---|
| 03/10/11 | Reviewing memorandum of law in opposition to motion to dismiss; attention to procuring extension of time for same; conference with J. Stearns regarding same. | JTT | 1.50 | $410.00 | $615.00 |
| 03/10/11 | Review/edit/revise response to motion to dismiss; draft/edit/revise motion for enlargement of time to respond. | JPS | 4.10 | $250.00 | $1,025.00 |
| 03/11/11 | Conference with J. Stearns regarding response to motion to dismiss; attention to file; review notice of designation; correspondence to D. Rivera regarding same. | JTT | 1.50 | $410.00 | $615.00 |
| 03/11/11 | Review/edit/revise response to motion to dismiss; draft/edit/revise motion for enlargement of time to respond. | JPS | 2.40 | $250.00 | $600.00 |
| 03/14/11 | Review and comment on response to motion to dismiss. | JTT | .75 | $410.00 | $307.50 |
| 03/14/11 | Review/edit/revise response to motion to dismiss; draft/edit/revise motion for enlargement of time to respond. | JPS | 5.80 | 250.00 | 1,450.00 |
| 03/15/11 | Prepare draft Case Management Report. | JTT | .75 | $410.00 | $307.50 |
| 03/15/11 | Further attention and revisions to response to motion to dismiss. | JPS | 1.60 | $250.00 | $400.00 |
| 03/17/11 | Finalize Motion for Pro Hac Vice and all related paperwork; obtain filing fee for Pro Hac Vice. | LAN | .80 | $215.00 | $172.00 |
| 03/18/11 | Edit, revise and file motion for admission pro hac vice; correspondence to D. Rivera regarding same; prepare for and participate in case management conference; telephone conference with D. Rivera regarding same; edit and revise case management report; correspondence to E. Gegan and D. Rivera regarding same. | JTT | 2.00 | $410.00 | $820.00 |
| 03/18/11 | Arrange for filing of Special Admission Attorney Certification. | LAN | .20 | $215.00 | $43.00 |
| 03/11/11 | Attention to file; draft and file notice of compliance with 3.01(g) regarding Nowak's withdrawal of opposition to motion to appear pro hac vice. | JPS | .80 | $250.00 | $200.00 |
| 05/17/11 | Attention to file and correspondence regarding motion for leave to file reply affidavit in support of motion to dismiss and transfer venue. | JPS | .20 | $250.00 | $50.00 |
| 05/24/11 | Correspondence with opposing counsel regarding notice of mediation conference. | JPS | .20 | $250.00 | $50.00 |
| 05/27/11 | Review Nowak's initial disclosures; follow up with D. Rivera regarding same. | JTT | .25 | $410.00 | $102.50 |
| 05/31/11 | Review initial disclosures received from E. Gegan; correspondence to R. and B. Pelc regarding same. | JTT | .25 | $410.00 | $102.50 |
| 06/02/11 | Correspondence with opposing counsel regarding selection of mediator. | JPS | .10 | $250.00 | $25.00 |
| 06/06/11 | Multiple exchanges regarding mediation and amending the complaint; draft and file notice of selecting mediator. | JPS | .60 | $250.00 | $150.00 |
| 06/14/11 | Review new defamatory website posted by Nowak in preparation for amended complaint; correspondence with D. Rivera regarding same. | JPS | .50 | $250.00 | $125.00 |

| DATE | DESCRIPTION OF SERVICES RENDERED | ATTY | HOURS | RATE | AMT |
|---|---|---|---|---|---|
| 06/24/11 | Review amended complaint in preparation for filing same. | JPS | 1.20 | $250.00 | $300.00 |
| 06/30/11 | Telephone call with D. Rivera to discuss amended complaint and edits and revision to same in light of conversation. | JPS | 1.00 | $250.00 | $250.00 |
| 07/01/11 | Review/edit/revise amended complaint and correspondence with D. Rivera regarding same. | JPS | 1.25 | $250.00 | $312.50 |
| 07/19/11 | Review response to Motion for Leave to Amend Complaint; correspondence to Richard and Betty Pelc regarding same. | JTT | .25 | $410.00 | $102.50 |
| 07/28/11 | Telephone call with opposing counsel to discuss outstanding discovery. | JPS | .10 | $250.00 | $25.00 |
| 08/03/11 | Phone call with E. Gegan regarding his motion to withdraw as counsel and his client's request to supplement his responses to the discovery requests; correspondence regarding same. | JPS | .60 | $260.00 | $150.00 |
| 08/22/11 | Review orders on Motion to Amend/Supplement Complaint and Motion to Withdraw. | JTT | .25 | $410.00 | $102.50 |
| 10/11/11 | Review Amended Complaint; correspondence to D. Rivera regarding same. | JTT | .50 | $410.00 | $205.00 |
| 10/12/11 | Phone call to Judge Kovachevich's clerk regarding inadvertently filed amended complaint; phone call with Domingo Rivera regarding same. | JPS | .40 | $250.00 | $100.00 |
| 01/09/12 | Review motion to set aside default; correspondence to D. Rivera regarding same. | JTT | .50 | $425.00 | $212.50 |
| 01/16/12 | Review and consider Motion to Compel. | JTT | .30 | $425.00 | $127.50 |
| 01/25/12 | Review and evaluate answer and counterclaim filed by J. Nowak; correspondence to D. Rivera regarding thoughts on how to address same. | JTT | .75 | $425.00 | $318.75 |
| 02/07/12 | Review order granting motion to compel. | JTT | .25 | $425.00 | $106.25 |
| 02/13/12 | Review Motion to Strike Answer and Dismiss Counterclaim. | JTT | .75 | $425.00 | $318.75 |
| 02/15/12 | Review e-mail from J. Nowak; attention to internal SLK communications regarding same; correspondence to R. and B. Pelc regarding same; correspondence to D. Rivera regarding same. | JTT | 1.25 | $425.00 | $531.25 |
| 02/16/12 | Review/analyze various avenues to sanction Nowak for sending harassing emails. | JPS | .60 | $265.00 | $159.00 |
| 02/21/12 | Phone call with D. Rivera's Office regarding mediation. | JPS | .50 | $265.00 | $132.50 |
| 02/23/12 | Correspondence with D. Rivera's office regarding Nowak's discovery. | JPS | .10 | $265.00 | $26.50 |
| 03/26/12 | Review motions for summary judgment and motion for enlargement of number of pages; correspond to D. Rivera regarding same. | JTT | 1.00 | $425.00 | $425.00 |
| 04/02/12 | Receive and review documents from Nowak. | LAN | .30 | $220.00 | $66.00 |
| 04/17/12 | Review inquiries from D. Rivera regarding pre-trial obligations and local rules, respond to same. | JTT | .50 | $425.00 | $212.50 |
| 05/10/12 | Research local rules to determine whether lead counsel in a case has to be present during a pretrial conference. | EAK | .50 | $220.00 | $110.00 |

| DATE | DESCRIPTION OF SERVICES RENDERED | ATTY | HOURS | RATE | AMT |
|---|---|---|---|---|---|
| 05/11/12 | Research the requirements for and draft a motion to continue pretrial conference. | EAK | 1.50 | $220.00 | $330.00 |
| 05/15/12 | Revise/edit motion to continue pretrial conference; phone call and correspondence with J. Chiang regarding same. | JPS | .90 | $265.00 | $238.50 |
| 05/21/12 | Email to Domingo Rivera regarding deposition of Nowak. | JPS | .10 | $265.00 | $26.50 |
| 06/20/12 | Prepare for and attend Pretrial Conference. | JTT | 2.50 | $425.00 | 1,062.50 |
| 07/02/12 | Receive, review and respond to communications from co-counsel; Receive and review Order received from Court. | LAN | .60 | $220.00 | $132.00 |
| 07/06/12 | Correspondence to D. Rivera regarding thoughts on strategies to conclude case. | JTT | .50 | $425.00 | $212.50 |
| 07/09/12 | Receive and review court filings. | LAN | .20 | $220.00 | $44.00 |
| 07/16/12 | Prepare for and attend trial. | JTT | 10.00 | $425.00 | $4,250.00 |
| 07/30/12 | Reviewing and commenting on proposed motion and order for damages and injunctive relief. | JTT | .50 | $425.00 | $212.50 |
| | | | **64.80** | | **$21,053.50** |

**FEES:**

| | | | | |
|---|---:|---|---:|---:|
| TOTAL HOURS FOR J. Todd Timmerman: | 11.75 | hours @ $410.00/hour = | $ | 4,817.50 |
| TOTAL HOURS FOR J. Todd Timmerman: | 18.80 | hours @ $425.00/hour = | $ | 7,990.00 |
| TOTAL HOURS FOR Mindi M. Richter: | .30 | hours @ $305.00/hour = | $ | 91.50 |
| TOTAL HOURS FOR Jason P. Stearns: | 20.85 | hours @ $250.00/hour = | $ | 5,212.50 |
| TOTAL HOURS FOR Jason P. Stearns: | 2.20 | hours @ $265.00/hour = | $ | 583.00 |
| TOTAL HOURS FOR Elena A. Kohn: | 2.00 | hours @ $220.00/hour = | $ | 440.00 |
| TOTAL HOURS FOR Lori A. Nelson: | 7.80 | hours @ $215.00/hour = | $ | 1,677.00 |
| TOTAL HOURS FOR Lori A. Nelson: | 1.10 | hours @ $220.00/hour = | $ | 242.00 |
| | | **TOTAL FEES:** | **$** | **21,053.50** |

**COSTS:**

| | | |
|---|---|---:|
| Document Reproduction | $ | 408.20 |
| Federal Express | $ | 40.82 |
| PACER/Federal District Court Electronic Access | $ | 42.25 |
| Long Distance Telephone | $ | 2.70 |
| Long Distance Telephone: 18043326585 | $ | .20 |
| Color Document Reproduction | $ | 223.20 |
| Westlaw Court Document Searches | $ | 80.05 |
| Filling Fees; Clerk of Court (Paid 1/10/11, ck. #101813) (1/25/11) | $ | 350.00 |
| Service of Process; Esquire Process Servers, LLC (Paid 1/12/11, ck.#101876) (1/25/11) | $ | 40.00 |
| Court Costs; Clerk US District Court (3/17/11) | $ | 10.00 |
| **TOTAL COSTS:** | **$** | **1,197.42** |
| **GRAND TOTAL FEES AND COSTS:** | **$** | **22,250.92** |