UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BETTY PELC, et al.,**

    **Plaintiffs,**

v.                          Case No.: 8:11-cv-00079-EAK-TGW

**JOHN JEROME NOWAK,**

    **Defendants.**

_____/

## AFFIDAVIT OF MICHAEL J. COLITZ, III, ESQ. AS TO REASONABLENESS OF ATTORNEYS' FEES

STATE OF FLORIDA        )
COUNTY OF HILLSBOROUGH  )

BEFORE ME, the undersigned authority, personally appeared Michael J. Colitz, III, who, being first duly sworn, deposes and says:

1. I am an attorney-at-law who is admitted to the Bar of the State of Florida. I am registered to Practice before the United States Patent and Trademark Office. I have been admitted to the Florida Bar since 1999, I have been admitted to practice before the United States Patent and Trademark Office since 1993.

2. I have been a partner of the law firm of GrayRobinson, P.A. in Tampa, Florida for approximately three (3) years. I was previously a partner at the law firm of Holland & Knight, LLP. I practice exclusively in the area of Intellectual Property law.

3. I am a 1991 graduate of the University of Notre dame with a Bachelor of Science in Mechanical Engineering. I obtained my law degree from Stetson University College of Law in 1998.



EXHIBIT 3

4. I have always limited my practice to intellectual property law, including patent, trademark, and copyright litigation, and related prosecution and licensing. I have been substantively involved in over fifty (50) intellectual property law cases in various federal courts throughout the country.

5. I am a Registered Patent Attorney, and I am also Board Certified by the Florida Bar in Intellectual Property Law. I am a member in good standing of the District Courts for the Northern, Middle, and Southern Districts of Florida, the U.S. Court of Appeals for the Eleventh Circuit, and the U.S. Court of Appeals for the Federal Circuit.

6. I frequently lecture on various topics relating to intellectual property law. I also occasionally teach patent law to graduate level engineering students at the University of South Florida.

7. I am aware of and knowledgeable of the amount customarily charged by attorneys and allowed by courts as a reasonable attorneys' fee for handling intellectual property cases.

8. I have been called upon to express an opinion as to what would constitute a reasonable attorneys' fee for the services rendered by the attorneys for Betty Pelc, Robert Pelc and Advantage Trim & Lumber of Florida, Inc. (the Plaintiffs) in the above captioned litigation.

9. I have reviewed various time entries and billing narratives for work conducted by Rivera Law and Shumaker, Loop & Kendrick, LLP (SLK) as the two law firms representing the Plaintiffs.

10. <u>Exhibit A</u> summarizes the time entries of the two attorneys from Rivera Law who worked on the present litigation. Collectively this exhibit reflects a total of 237.4 hours at a blended billing rate of $262/hr for a total amount billed of $62,216.50.

11. <u>Exhibit B</u> summarizes the time entries of attorneys and paralegals from the SLK law firm who worked on the present litigation. Collectively this exhibit reflects a total of 64.8 hours time at a blended billing rate of $324/hr for a total amount billed of $21,053.50.

12. The total legal fees expended by both firms in this litigation amounted to approximately $83,270.00.

13. I have reviewed the docket entries and various pleadings associated with the litigation. I note that the complaint was filed on January 11, 2011 and that it contained fourteen different counts, including defamation, tortious interference, invasion of privacy, and federal trademark infringement. [Dkt. 1.] The complaint contained a demand for compensatory damages in the amount of $1,000,000.00 in addition to attorneys' fees and costs. A bench trial was held on July 16, 2012. [Dkt. 100.] The litigation has been pending for a total of 22 months and there has been record activity in each month of the litigation.

14. The American Intellectual Property Law Association (AIPLA) publishes a bi-annual economic survey. This survey is widely used by intellectual property attorneys in both valuing their services and estimating the fees and costs for intellectual property litigation. The 2011 survey lists nationwide means for trademark litigation. These figures are broken down through different stages of litigation and by the total amount in controversy. According to the survey, a trademark case that is litigated through trial and

that has an amount in controversy of less than $1,000,000.00 has a nationwide mean total cost of approximately $401,000.

15. "Total costs" as used in the survey represents all costs including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses.

16. In this case, the total amount billed for legal services was considerably less than the mean total cost identified in the AIPLA survey. This suggests that the total amount billed for legal fees in this matter is reasonable.

17. I have reviewed and examined the noted time entries in this case and have considered the following factors:

  a. the time and labor required;

  b. the novelty and difficulty of the legal and factual questions;

  c. the skill requisite to perform the legal service properly;

  d. the exclusion of other employment by the attorneys due to the acceptance of the case;

  e. the customary fees of the bar and the fees awarded by the courts for similar services;

  f. the time and preparation for the motions;

  g. the time and limitations imposed by the client or by the circumstances;

  h. the amount involved and the results obtained;

  i. the experience, reputation and ability of the attorney(s).

18. The Affiant is of the opinion that the total number of hours sought for reimbursement and the effective hourly billing rates (as reflected in Exhibits A and B) are

reasonable and not excessive for a case such as this and are of the magnitude that would have been charged by lawyers of the same skill level under similar circumstances.

19. The Affiant believes that the total fees sought for reimbursement as reflected in Exhibits A and B were necessarily incurred in the successful prosecution of this case.

Further affiant sayeth naught.

_____
Michael J. Colitz, III

Sworn to and subscribed before me this 6th day of October 17 2012, by Michael J. Colitz, III, who is ☒ personally known OR ☐ has produced _____ as identification.

My commission expires:
(Seal)

_____
(Signature of Notary)

PAULETTE B. GATLYN
MY COMMISSION # DD 961788
EXPIRES: March 28, 2014
Bonded Thru Notary Public Underwriters

Paulette B. Gatlyn
(Printed Name of Notary Public)

# 3504675 v1

# EXHIBIT A

# SUMMARY OF ATTORNEYS' FEES AND COSTS

| Date | Description | Atty | Hourly Rate | Time | Entry Total |
|---|---|---|---|---|---|
| Dec 14, 2010 | Drafting Complaint. | DJR | $285.00 | 2.2 | $627.00 |
| Dec 29, 2010 | Legal research re: trademark counts for complaint. | DJR | $285.00 | 1.7 | $484.50 |
| Dec 29, 2010 | Drafting complaint. | DJR | $285.00 | 2.1 | $598.50 |
| Jan 4, 2011 | Drafting complaint. | DJR | $285.00 | 4.5 | $1,282.50 |
| Feb 9, 2011 | Telephone conference with opposing counsel. | DJR | $285.00 | 0.4 | $114.00 |
| Feb 15, 2011 | Researching issues of FL cases on cyberstalking and motion to dismiss trademark claims. | DJR | $285.00 | 1.5 | $427.50 |
| Feb 17, 2011 | Finalize research re: issue of cyberstalking; Correspondence to client. | DJR | $285.00 | 1.2 | $342.00 |
| Mar 4, 2011 | Legal research re: case law for opposition to Motion to Dismiss. | DJR | $285.00 | 2.6 | $741.00 |
| Mar 7, 2011 | Drafting opposition to Motion to Dismiss. | DJR | $285.00 | 3.1 | $883.50 |
| Mar 9, 2011 | Drafting response to motion. | DJR | $285.00 | 1.1 | $313.50 |
| Mar 10, 2011 | Drafting Opposition to Motion to Dismiss and related affidavits. | DJR | $285.00 | 2.8 | $798.00 |
| Apr 14, 2011 | Review correspondence from Court re: scheduling order and discovery orders entered. | DJR | $285.00 | 0.4 | $114.00 |
| Apr 15, 2011 | Prepare and research upcoming court dates/ deadlines | JC | $250.00 | 0.75 | $187.50 |
| May 9, 2011 | Begin preparing discovery requests | JC | $250.00 | 4.59 | $1,147.50 |
| May 10, 2011 | Document and review new defamation on Nowak's website | JC | $250.00 | 1.34 | $335.00 |
| May 10, 2011 | Continue preparing discovery requests | JC | $250.00 | 2.25 | $562.50 |
| May 11, 2011 | Finish preparing discovery requests | JC | $250.00 | 5.09 | $1,272.50 |
| May 17, 2011 | Review pleading filed by opposing counsel re: Motion for Leave; Correspondence to local counsel. | DJR | $285.00 | 0.3 | $85.50 |
| May 17, 2011 | Modify discovery requests; Correspondence to client. | DJR | $285.00 | 0.5 | $142.50 |
| May 20, 2011 | Finalize discovery requests; Send discovery to opposing counsel. | DJR | $285.00 | 0.9 | $256.50 |
| May 24, 2011 | Review supplemental response filed by opposing party; Correspondence to client. | DJR | $285.00 | 0.3 | $85.50 |
| May 25, 2011 | Correspondence from opposing counsel; Correspondence to client re: initial disclosures. | DJR | $285.00 | 0.2 | $57.00 |
| May 25, 2011 | Prepare draft of Initial Disclosures | JC | $250.00 | 0.75 | $187.50 |
| May 27, 2011 | Revise Initial Disclosures | JC | $250.00 | 0.47 | $117.50 |
| Jun 2, 2011 | Review new posts; Telephone conference with client; Correspondence from/to Timmerman. | DJR | $285.00 | 0.4 | $114.00 |
| Jun 7, 2011 | Amend Complaint to include new and revised facts | JC | $250.00 | 3.19 | $797.50 |
| Jun 8, 2011 | Finish amending Complaint and preparing new exhibits | JC | $250.00 | 1.59 | $397.50 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jun 13, 2011 | Correspondence from opposing counsel re: discovery; Correspondence to opposing counsel re: same and issue of amended complaint. | DJR | $285.00 | 0.3 | $85.50 |
| Jun 13, 2011 | Research case law for motion to amend and prepare motion to amend | JC | $250.00 | 3.56 | $890.00 |
| Jun 14, 2011 | Various correspondence to/from local counsel and opposing counsel re: Amended complaint. | DJR | $285.00 | 0.2 | $57.00 |
| Jun 14, 2011 | Revise Amended Complaint | JC | $250.00 | 0.35 | $87.50 |
| Jun 21, 2011 | Final revisions to amended complaint; Correspondence to local counsel. | DJR | $285.00 | 0.5 | $142.50 |
| Jun 21, 2011 | Revise motion for leave to amend Complaint | JC | $250.00 | 0.25 | $62.50 |
| Jul 6, 2011 | Finalize motion for leave to amend complaint and amended complaint; ECF Filing. | DJR | $285.00 | 0.5 | $142.50 |
| Jul 20, 2011 | Review Nowak's response to motion to amend complaint and review local rules re: reply | JC | $250.00 | 0.59 | $147.50 |
| Jul 27, 2011 | Research case law for reply; prepare motion for leave to file a reply and the reply | JC | $250.00 | 3.58 | $895.00 |
| Jul 28, 2011 | Correspondence from/to local counsel re: extension for discovery; Telephone conference with client re: status. | DJR | $285.00 | 0.3 | $85.50 |
| Aug 2, 2011 | Correspondence from opposing counsel re: discovery responses; Issue of withdrawal from case; Initial review of discovery responses. | DJR | $285.00 | 0.5 | $142.50 |
| Aug 9, 2011 | Telephone conference with client. | DJR | $285.00 | 0.2 | $57.00 |
| Aug 17, 2011 | Correspondence to opposing counsel re: position on Motion for Leave to Reply. | DJR | $285.00 | 0.2 | $57.00 |
| Aug 18, 2011 | Organize objections to discovery responses received; Correspondence to opposing counsel re: discovery issues and depositions. | DJR | $285.00 | 0.3 | $85.50 |
| Aug 18, 2011 | Review Nowak's discovery responses; research discovery issues | JC | $250.00 | 1.59 | $397.50 |
| Aug 18, 2011 | Research motion to compel; begin preparing motion to compel | JC | $250.00 | 4.19 | $1,047.50 |
| Aug 19, 2011 | Various correspondence to/from opposing counsel; Finalize Motion for Leave to File Reply; ECF filing. | DJR | $285.00 | 1.1 | $313.50 |
| Aug 19, 2011 | Continue preparing motion to compel discovery | JC | $250.00 | 2.75 | $687.50 |
| Aug 22, 2011 | Finish preparing motion to compel discovery | JC | $250.00 | 2.57 | $642.50 |
| Sep 21, 2011 | Begin revising Amended Complaint | JC | $250.00 | 0.59 | $147.50 |
| Sep 22, 2011 | Finalize and file Supplemental Complaint per the instructions in Court's Order; Correspondence to Nowak re: Supplemental Complaint. | DJR | $285.00 | 1.1 | $313.50 |
| Oct 4, 2011 | Telephone conference with client. | DJR | $285.00 | 0.2 | $57.00 |
| Oct 5, 2011 | Research Nowak's new ISPs and revise Complaint | JC | $250.00 | 2.59 | $647.50 |
| Oct 12, 2011 | Additional modifications to Amended Complaint and refiling. | DJR | $285.00 | 0.5 | $142.50 |
| Oct 31, 2011 | Research screenshots for meta tags | JC | $250.00 | 0.2 | $50.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Nov 3, 2011 | Research on ARIN, website hosting, and contributory trademark infringement | JC | $250.00 | 2.41 | $602.50 |
| Nov 7, 2011 | Revise motion to compel | JC | $250.00 | 1.14 | $285.00 |
| Nov 11, 2011 | Finalize and file Motion to Compel Discovery. | DJR | $285.00 | 0.6 | $171.00 |
| Nov 18, 2011 | Revise Motion to Compel discovery | JC | $250.00 | 3.14 | $785.00 |
| Dec 9, 2011 | Correspondence to Softlayer re: copyright, trademark infringement, and litigation issues. | DJR | $285.00 | 0.4 | $114.00 |
| Dec 9, 2011 | Begin researching motion for default | JC | $250.00 | 2.15 | $537.50 |
| Dec 12, 2011 | Prepare motion for default; continue researching motion for default judgement; begin preparing motion for default judgment | JC | $250.00 | 5.26 | $1,315.00 |
| Dec 13, 2011 | Finish preparing Motion for Default Judgment | JC | $250.00 | 3.14 | $785.00 |
| Dec 14, 2011 | Revise Motion for Default Judgment | JC | $250.00 | 0.33 | $82.50 |
| Dec 16, 2011 | Finalize and file Motion for Default. | DJR | $285.00 | 0.5 | $142.50 |
| Dec 21, 2011 | Revise Motion for Default Judgment | JC | $250.00 | 0.2 | $50.00 |
| Dec 22, 2011 | Correspondence from Clerk of Court re: default. | DJR | $285.00 | 0.2 | $57.00 |
| Dec 22, 2011 | Finalize and file Motion for Default Judgment; Correspondence to client. | DJR | $285.00 | 0.6 | $171.00 |
| Jan 12, 2012 | Revise and File new Motion to Compel. | DJR | $285.00 | 0.5 | $142.50 |
| Jan 13, 2012 | Research case law for opposition to Nowak's Motion to Set Aside Entry of Default | JC | $250.00 | 2.09 | $522.50 |
| Jan 16, 2012 | Continue researching case law for opposition to Nowak's Motion to Set Aside Entry of Default | JC | $250.00 | 2.4 | $600.00 |
| Jan 17, 2012 | Begin preparing opposition to Nowak's Motion to Set Aside Entry of Default | JC | $250.00 | 1.1 | $275.00 |
| Jan 18, 2012 | Continue preparing opposition to Nowak's Motion to Set Aside Entry of Default | JC | $250.00 | 3.1 | $775.00 |
| Jan 19, 2012 | Prepare Motion to Strike | JC | $250.00 | 2.1 | $525.00 |
| Jan 20, 2012 | Finalize and File Motion to Strike and opposition to Motion to reverse Default. | DJR | $285.00 | 0.8 | $228.00 |
| Jan 29, 2012 | Initial review of Nowak's filing to determine deadline to respond | JC | $250.00 | 0.62 | $155.00 |
| Feb 6, 2012 | Draft letter to Nowak re: mediation and depositions. | DJR | $285.00 | 0.3 | $85.50 |
| Feb 6, 2012 | Review Nowak's Answer and Counterclaim | JC | $250.00 | 1.08 | $270.00 |
| Feb 7, 2012 | Review court order re: discovery; Review status of website; Correspondence to client. | DJR | $285.00 | 0.2 | $57.00 |
| Feb 7, 2012 | Begin researching and preparing Motion to Dismiss | JC | $250.00 | 4.25 | $1,062.50 |
| Feb 8, 2012 | Finish preparing Motion to Dismiss | JC | $250.00 | 5.1 | $1,275.00 |
| Feb 13, 2012 | Finalize and file Motion to Strike/Dismiss. | DJR | $285.00 | 1.3 | $370.50 |
| Feb 15, 2012 | Begin preparing Motion to Compel Mediation and Motion to Order Deposition | JC | $250.00 | 2.15 | $537.50 |
| Feb 16, 2012 | Finish preparing Motion to Compel Deposition and Motion to Order Mediation | JC | $250.00 | 1.29 | $322.50 |
| Feb 17, 2012 | Finalize and file Motion to Compel Depositions. | DJR | $285.00 | 0.7 | $199.50 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Feb 21, 2012 | Revise Motion to Order Mediation to be a Motion for Extension of Time for Mediation | JC | $250.00 | 1.1 | $275.00 |
| Feb 22, 2012 | Finalize and file Mediation motion. | DJR | $285.00 | 0.7 | $199.50 |
| Feb 23, 2012 | Prepare Motion for Sanctions against Nowak | JC | $250.00 | 4.2 | $1,050.00 |
| Feb 24, 2012 | Finalize and file Motion for Sanctions. | DJR | $285.00 | 0.8 | $228.00 |
| Feb 27, 2012 | Review court order re: Motion to Compel Deposition. | DJR | $285.00 | 0.2 | $57.00 |
| Mar 16, 2012 | Begin reviewing Nowak's discovery responses and preparing motion for summary judgment | JC | $250.00 | 1.5 | $375.00 |
| Mar 19, 2012 | Continue researching and preparing Motion for Summary Judgment; begin reviewing Nowak's discovery responses | JC | $250.00 | 4.53 | $1,132.50 |
| Mar 20, 2012 | Continue preparing Motion for Summary Judgment | JC | $250.00 | 4.08 | $1,020.00 |
| Mar 21, 2012 | Finish drafts of Motion for Summary Judgment and Motion for Leave | JC | $250.00 | 4.78 | $1,195.00 |
| Mar 22, 2012 | Draft and file motion regarding previously filed motion for sanctions. | DJR | $285.00 | 0.3 | $85.50 |
| Mar 22, 2012 | Revise Motion for Summary Judgment | JC | $250.00 | 1.05 | $262.50 |
| Mar 23, 2012 | Finalize and file 2 motions for summary judgment. | DJR | $285.00 | 4.2 | $1,197.00 |
| Mar 26, 2012 | Prepare Motion to Withdraw Motion for Leave to File Motion in Excess of 25 Pages | JC | $250.00 | 0.3 | $75.00 |
| Mar 29, 2012 | Prepare Notice of Voluntary Dismissal of Defendants Fella and SoftLayer | JC | $250.00 | 1.1 | $275.00 |
| Mar 30, 2012 | Correspondence from client; Review status of site and Google results; Correspondence to client. | DJR | $285.00 | 0.3 | $85.50 |
| Apr 12, 2012 | Review Nowak's Motion for Leave | JC | $250.00 | 0.3 | $75.00 |
| Apr 17, 2012 | Research and prepare opposition to motion for leave | JC | $250.00 | 4.1 | $1,025.00 |
| May 11, 2012 | Begin researching and reviewing rules for Pretrial Statement | JC | $250.00 | 2.13 | $532.50 |
| May 14, 2012 | Review discovery documents from Nowak and Plaintiffs' documentation; begin working on Pretrial Statement | JC | $250.00 | 3.2 | $800.00 |
| May 16, 2012 | Continue preparing Pretrial Statement | JC | $250.00 | 3.05 | $762.50 |
| May 16, 2012 | E-mail from Nowak re: motion for continuance | JC | $250.00 | 0.2 | $50.00 |
| May 17, 2012 | Begin researching model instructions and cases for jury instructions | JC | $250.00 | 1.15 | $287.50 |
| May 17, 2012 | Revise motion to continue pretrial conference | JC | $250.00 | 0.2 | $50.00 |
| May 18, 2012 | Continue researching cases and model instructions for jury instructions | JC | $250.00 | 2.88 | $720.00 |
| May 18, 2012 | Revise motion to continue pretrial conference | JC | $250.00 | 0.2 | $50.00 |
| May 21, 2012 | E-mail to Nowak re: Pretrial Statement | JC | $250.00 | 0.5 | $125.00 |
| May 21, 2012 | Continue preparing jury instructions | JC | $250.00 | 3.5 | $875.00 |
| May 22, 2012 | Continue preparing jury instructions and voir dire | JC | $250.00 | 2.24 | $560.00 |
| May 23, 2012 | Continue preparing jury instructions and voir dire | JC | $250.00 | 2.33 | $582.50 |
| May 24, 2012 | Finish preparing jury instructions and voir dire | JC | $250.00 | 2.5 | $625.00 |
| May 24, 2012 | E-mail from Nowak re: Pretrial Statement and deposition | JC | $250.00 | 0.2 | $50.00 |
| May 25, 2012 | E-mail from Nowak re: Pretrial Statement and deposition | JC | $250.00 | 0.2 | $50.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jun 1, 2012 | Revise Pretrial Statement | JC | $250.00 | 1.53 | $382.50 |
| Jun 5, 2012 | Correspondence from court re: filing by Nowak; Review filing; Telephone call with client. | DJR | $285.00 | 0.4 | $114.00 |
| Jun 5, 2012 | E-mail to Nowak re: pretrial statement and deposition | JC | $250.00 | 0.2 | $50.00 |
| Jun 5, 2012 | Prepare Notice of Deposition to Nowak | JC | $250.00 | 0.42 | $105.00 |
| Jun 5, 2012 | Begin preparing trial brief | JC | $250.00 | 2.54 | $635.00 |
| Jun 14, 2012 | Correspondence filed by Nowak. | DJR | $285.00 | 0.2 | $57.00 |
| Jun 17, 2012 | E-mail to client re: witnesses and exhibits | JC | $250.00 | 0.2 | $50.00 |
| Jun 18, 2012 | Finalize and file pre-trial brief, jury instructions, voir dire (pre-trial versions). | DJR | $285.00 | 2 | $570.00 |
| Jun 18, 2012 | Revise and finalize voir dire, jury instructions, pretrial statement, verdict form, and trial brief | JC | $250.00 | 1.83 | $457.50 |
| Jun 19, 2012 | Travel time to Florida for pre-trial conference (capped at 2 hours as a courtesy to client). | DJR | $285.00 | 2 | $570.00 |
| Jun 20, 2012 | Prepare for and attend pre-trial hearing. | DJR | $285.00 | 3.1 | $883.50 |
| Jun 20, 2012 | Travel time from Florida re: pre-trial conference (capped at 2 hours as a courtesy to client). | DJR | $285.00 | 2 | $570.00 |
| Jun 29, 2012 | Begin research on trademark damages | JC | $250.00 | 1.05 | $262.50 |
| Jul 2, 2012 | Review Nowak's filing | JC | $250.00 | 0.42 | $105.00 |
| Jul 2, 2012 | Continue researching trademark damages and waiver of damages | JC | $250.00 | 1.5 | $375.00 |
| Jul 2, 2012 | E-mail from local counsel re: Nowak filing | JC | $250.00 | 0.2 | $50.00 |
| Jul 6, 2012 | Research injunctive relief requirements and options | JC | $250.00 | 1.53 | $382.50 |
| Jul 9, 2012 | Prepare notice and motion to withdraw damages | JC | $250.00 | 1.15 | $287.50 |
| Jul 9, 2012 | Review exhibits for trial | JC | $250.00 | 0.6 | $150.00 |
| Jul 11, 2012 | Finalize and file notice regarding damages. | DJR | $285.00 | 0.5 | $142.50 |
| Jul 13, 2012 | Prepare exhibits, exhibit list, and witness list for trial | JC | $250.00 | 2.53 | $632.50 |
| Jul 14, 2012 | Finalize preparation of documents necessary for trial. | DJR | $285.00 | 1.2 | $342.00 |
| Jul 14, 2012 | Travel time for trial. | DJR | $285.00 | 3 | $855.00 |
| Jul 15, 2012 | Review case documents, prepare for trial. | DJR | $285.00 | 9 | $2,565.00 |
| Jul 16, 2012 | Representation at trial. | DJR | $285.00 | 10 | $2,850.00 |
| Jul 17, 2012 | Travel time for trial. | DJR | $285.00 | 3 | $855.00 |
| Jul 27, 2012 | Prepare response to Court's order and orders for damages and injunctive relief | JC | $250.00 | 2.4 | $600.00 |
| Jul 30, 2012 | Revise order on damages and proposed injunction. | DJR | $285.00 | 0.8 | $228.00 |
| **Total Labor** | | | | 237.4 | **$62,216.50** |

**Expenses**

| Date | Description | Amount | Amount |
|---|---|---|---|
| Jun 13, 2012 | Cost of airline travel to Tampa re: pre-trial conference. | $367.18 | $367.18 |
| Jun 20, 2012 | Hotel cost for pre-trial hearing. | $167.10 | $167.10 |
| Jun 22, 2012 | Rental car cost. | $29.84 | $29.84 |
| Jul 11, 2012 | Ticket to Florida for trial. | $370.59 | $370.59 |
| Jul 15, 2012 | One night hotel in Tampa | $122.08 | $122.08 |
| Jul 15, 2012 | Car rental expense | $123.16 | $123.16 |
| Total Expenses | | $1,179.95 | $1,179.95 |

| **Grand Total** | | **$63,396.45** |
|---|---|---|

# EXHIBIT B

| DATE | DESCRIPTION OF SERVICES RENDERED | ATTY | HOURS | RATE | AMT |
|---|---|---|---|---|---|
| 01/10/11 | Assist in filing Complaint; obtain filing fee for complaint; prepare Civil Cover Sheet and Summons. | LAN | 1.30 | $215.00 | $279.50 |
| 01/10/11 | Review complaint and gather information for filing. | MMR | .30 | $305.00 | $91.50 |
| 01/11/11 | Continue to assist in filing Complaint; finalize Civil Cover Sheet and Summons; prepare CD of all documents to be filed. | LAN | 2.00 | $215.00 | $430.00 |
| 01/11/11 | Review complaint; attention to filing and service of same. | JTT | 1.00 | $410.00 | $410.00 |
| 01/12/11 | Locate process server in Lackawanna, NY; arrange for service of Summons and Complaint on John J. Nowak. | LAN | 1.00 | $215.00 | $215.00 |
| 01/12/11 | Attention to status of filing and serving complaint; review inquiry from B. Pelc regarding procedure; respond to same. | JTT | .25 | $410.00 | $102.50 |
| 01/13/11 | Review filings; attention to compliance with court's standing order regarding lengthy documents; correspondence to D. Rivera regarding court filings and motion for admission pro hac vice; respond to inquiry from B. Pelc regarding status of service. | JTT | .75 | $410.00 | $307.50 |
| 01/14/11 | Receive and review outgoing communication to opposing counsel from T. Timmerman. | LAN | .20 | $215.00 | $43.00 |
| 01/14/11 | Prepare courtesy copy of Complaint for delivery to Judge Kovachevich. | LAN | .30 | $215.00 | $64.50 |
| 01/18/11 | Telephone conference with process server to check on status of service on J. Nowak. | LAN | .20 | $215.00 | $43.00 |
| 02/01/11 | File Affidavit of Service on Nowak. | LAN | .20 | $215.00 | $43.00 |
| 02/08/11 | Review message from E. Gegan; correspondence to D. Rivera regarding same; telephone conference with B. Pelc regarding same. | JTT | .25 | $410.00 | $102.50 |
| 02/24/11 | Review motion to dismiss; correspondence to D. Rivera regarding same. | JTT | 1.00 | $410.00 | $410.00 |
| 03/01/11 | Conference with D. Rivera regarding pro hac admission to the Middle District of Florida; prepare Motion for Admission Pro Hac Vice for Domingo Rivera; prepare Special Admission – Attorney Certification. | LAN | 1.00 | $215.00 | $215.00 |
| 03/02/11 | Further communications with D. Rivera regarding pro hac admission to the Middle District of Florida; telephone conference with Clerk of Court to confirm filing fees and procedures. | LAN | .40 | $215.00 | $86.00 |
| 03/04/11 | Receive and review Defendant's Motion to Dismiss. | LAN | .20 | $215.00 | $43.00 |
| 03/08/11 | Telephone conference with D. Rivera regarding conversation regarding arrest warrant for John Nowak. | JTT | .50 | $410.00 | $205.00 |

| DATE | DESCRIPTION OF SERVICES RENDERED | ATTY | HOURS | RATE | AMT |
|---|---|---|---|---|---|
| 03/10/11 | Reviewing memorandum of law in opposition to motion to dismiss; attention to procuring extension of time for same; conference with J. Stearns regarding same. | JTT | 1.50 | $410.00 | $615.00 |
| 03/10/11 | Review/edit/revise response to motion to dismiss; draft/edit/revise motion for enlargement of time to respond. | JPS | 4.10 | $250.00 | $1,025.00 |
| 03/11/11 | Conference with J. Stearns regarding response to motion to dismiss; attention to file; review notice of designation; correspondence to D. Rivera regarding same. | JTT | 1.50 | $410.00 | $615.00 |
| 03/11/11 | Review/edit/revise response to motion to dismiss; draft/edit/revise motion for enlargement of time to respond. | JPS | 2.40 | $250.00 | $600.00 |
| 03/14/11 | Review and comment on response to motion to dismiss. | JTT | .75 | $410.00 | $307.50 |
| 03/14/11 | Review/edit/revise response to motion to dismiss; draft/edit/revise motion for enlargement of time to respond. | JPS | 5.80 | 250.00 | 1,450.00 |
| 03/15/11 | Prepare draft Case Management Report. | JTT | .75 | $410.00 | $307.50 |
| 03/15/11 | Further attention and revisions to response to motion to dismiss. | JPS | 1.60 | $250.00 | $400.00 |
| 03/17/11 | Finalize Motion for Pro Hac Vice and all related paperwork; obtain filing fee for Pro Hac Vice. | LAN | .80 | $215.00 | $172.00 |
| 03/18/11 | Edit, revise and file motion for admission pro hac vice; correspondence to D. Rivera regarding same; prepare for and participate in case management conference; telephone conference with D. Rivera regarding same; edit and revise case management report; correspondence to E. Gegan and D. Rivera regarding same. | JTT | 2.00 | $410.00 | $820.00 |
| 03/18/11 | Arrange for filing of Special Admission Attorney Certification. | LAN | .20 | $215.00 | $43.00 |
| 03/11/11 | Attention to file; draft and file notice of compliance with 3.01(g) regarding Nowak's withdrawal of opposition to motion to appear pro hac vice. | JPS | .80 | $250.00 | $200.00 |
| 05/17/11 | Attention to file and correspondence regarding motion for leave to file reply affidavit in support of motion to dismiss and transfer venue. | JPS | .20 | $250.00 | $50.00 |
| 05/24/11 | Correspondence with opposing counsel regarding notice of mediation conference. | JPS | .20 | $250.00 | $50.00 |
| 05/27/11 | Review Nowak's initial disclosures; follow up with D. Rivera regarding same. | JTT | .25 | $410.00 | $102.50 |
| 05/31/11 | Review initial disclosures received from E. Gegan; correspondence to R. and B. Pelc regarding same. | JTT | .25 | $410.00 | $102.50 |
| 06/02/11 | Correspondence with opposing counsel regarding selection of mediator. | JPS | .10 | $250.00 | $25.00 |
| 06/06/11 | Multiple exchanges regarding mediation and amending the complaint; draft and file notice of selecting mediator. | JPS | .60 | $250.00 | $150.00 |
| 06/14/11 | Review new defamatory website posted by Nowak in preparation for amended complaint; correspondence with D. Rivera regarding same. | JPS | .50 | $250.00 | $125.00 |

| DATE | DESCRIPTION OF SERVICES RENDERED | ATTY | HOURS | RATE | AMT |
|---|---|---|---|---|---|
| 06/24/11 | Review amended complaint in preparation for filing same. | JPS | 1.20 | $250.00 | $300.00 |
| 06/30/11 | Telephone call with D. Rivera to discuss amended complaint and edits and revision to same in light of conversation. | JPS | 1.00 | $250.00 | $250.00 |
| 07/01/11 | Review/edit/revise amended complaint and correspondence with D. Rivera regarding same. | JPS | 1.25 | $250.00 | $312.50 |
| 07/19/11 | Review response to Motion for Leave to Amend Complaint; correspondence to Richard and Betty Pelc regarding same. | JTT | .25 | $410.00 | $102.50 |
| 07/28/11 | Telephone call with opposing counsel to discuss outstanding discovery. | JPS | .10 | $250.00 | $25.00 |
| 08/03/11 | Phone call with E. Gegan regarding his motion to withdraw as counsel and his client's request to supplement his responses to the discovery requests; correspondence regarding same. | JPS | .60 | $260.00 | $150.00 |
| 08/22/11 | Review orders on Motion to Amend/Supplement Complaint and Motion to Withdraw. | JTT | .25 | $410.00 | $102.50 |
| 10/11/11 | Review Amended Complaint; correspondence to D. Rivera regarding same. | JTT | .50 | $410.00 | $205.00 |
| 10/12/11 | Phone call to Judge Kovachevich's clerk regarding inadvertently filed amended complaint; phone call with Domingo Rivera regarding same. | JPS | .40 | $250.00 | $100.00 |
| 01/09/12 | Review motion to set aside default; correspondence to D. Rivera regarding same. | JTT | .50 | $425.00 | $212.50 |
| 01/16/12 | Review and consider Motion to Compel. | JTT | .30 | $425.00 | $127.50 |
| 01/25/12 | Review and evaluate answer and counterclaim filed by J. Nowak; correspondence to D. Rivera regarding thoughts on how to address same. | JTT | .75 | $425.00 | $318.75 |
| 02/07/12 | Review order granting motion to compel. | JTT | .25 | $425.00 | $106.25 |
| 02/13/12 | Review Motion to Strike Answer and Dismiss Counterclaim. | JTT | .75 | $425.00 | $318.75 |
| 02/15/12 | Review e-mail from J. Nowak; attention to internal SLK communications regarding same; correspondence to R. and B. Pelc regarding same; correspondence to D. Rivera regarding same. | JTT | 1.25 | $425.00 | $531.25 |
| 02/16/12 | Review/analyze various avenues to sanction Nowak for sending harassing emails. | JPS | .60 | $265.00 | $159.00 |
| 02/21/12 | Phone call with D. Rivera's Office regarding mediation. | JPS | .50 | $265.00 | $132.50 |
| 02/23/12 | Correspondence with D. Rivera's office regarding Nowak's discovery. | JPS | .10 | $265.00 | $26.50 |
| 03/26/12 | Review motions for summary judgment and motion for enlargement of number of pages; correspond to D. Rivera regarding same. | JTT | 1.00 | $425.00 | $425.00 |
| 04/02/12 | Receive and review documents from Nowak. | LAN | .30 | $220.00 | $66.00 |
| 04/17/12 | Review inquiries from D. Rivera regarding pre-trial obligations and local rules, respond to same. | JTT | .50 | $425.00 | $212.50 |
| 05/10/12 | Research local rules to determine whether lead counsel in a case has to be present during a pretrial conference. | EAK | .50 | $220.00 | $110.00 |

| DATE | DESCRIPTION OF SERVICES RENDERED | ATTY | HOURS | RATE | AMT |
|---|---|---|---|---|---|
| 05/11/12 | Research the requirements for and draft a motion to continue pretrial conference. | EAK | 1.50 | $220.00 | $330.00 |
| 05/15/12 | Revise/edit motion to continue pretrial conference; phone call and correspondence with J. Chiang regarding same. | JPS | .90 | $265.00 | $238.50 |
| 05/21/12 | Email to Domingo Rivera regarding deposition of Nowak. | JPS | .10 | $265.00 | $26.50 |
| 06/20/12 | Prepare for and attend Pretrial Conference. | JTT | 2.50 | $425.00 | 1,062.50 |
| 07/02/12 | Receive, review and respond to communications from co-counsel; Receive and review Order received from Court. | LAN | .60 | $220.00 | $132.00 |
| 07/06/12 | Correspondence to D. Rivera regarding thoughts on strategies to conclude case. | JTT | .50 | $425.00 | $212.50 |
| 07/09/12 | Receive and review court filings. | LAN | .20 | $220.00 | $44.00 |
| 07/16/12 | Prepare for and attend trial. | JTT | 10.00 | $425.00 | $4,250.00 |
| 07/30/12 | Reviewing and commenting on proposed motion and order for damages and injunctive relief. | JTT | .50 | $425.00 | $212.50 |
| | | | **64.80** | | **$21,053.50** |

**FEES:**

| | | | | |
|---|---|---|---|---|
| TOTAL HOURS FOR J. Todd Timmerman: | 11.75 | hours @ $410.00/hour = | $ | 4,817.50 |
| TOTAL HOURS FOR J. Todd Timmerman: | 18.80 | hours @ $425.00/hour = | $ | 7,990.00 |
| TOTAL HOURS FOR Mindi M. Richter: | .30 | hours @ $305.00/hour = | $ | 91.50 |
| TOTAL HOURS FOR Jason P. Stearns: | 20.85 | hours @ $250.00/hour = | $ | 5,212.50 |
| TOTAL HOURS FOR Jason P. Stearns: | 2.20 | hours @ $265.00/hour = | $ | 583.00 |
| TOTAL HOURS FOR Elena A. Kohn: | 2.00 | hours @ $220.00/hour = | $ | 440.00 |
| TOTAL HOURS FOR Lori A. Nelson: | 7.80 | hours @ $215.00/hour = | $ | 1,677.00 |
| TOTAL HOURS FOR Lori A. Nelson: | 1.10 | hours @ $220.00/hour = | $ | 242.00 |
| | | **TOTAL FEES:** | **$** | **21,053.50** |

**COSTS:**

| | | |
|---|---|---|
| Document Reproduction | $ | 408.20 |
| Federal Express | $ | 40.82 |
| PACER/Federal District Court Electronic Access | $ | 42.25 |
| Long Distance Telephone | $ | 2.70 |
| Long Distance Telephone: 18043326585 | $ | .20 |
| Color Document Reproduction | $ | 223.20 |
| Westlaw Court Document Searches | $ | 80.05 |
| Filling Fees; Clerk of Court (Paid 1/10/11, ck. #101813) (1/25/11) | $ | 350.00 |
| Service of Process; Esquire Process Servers, LLC (Paid 1/12/11, ck.#101876) (1/25/11) | $ | 40.00 |
| Court Costs; Clerk US District Court (3/17/11) | $ | 10.00 |
| **TOTAL COSTS:** | **$** | **1,197.42** |
| **GRAND TOTAL FEES AND COSTS:** | **$** | **22,250.92** |

C:\Documents and Settings\mcolitz\Local Settings\Temporary Internet Files\OLK6A8\ATT323959.doc